IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNY E. HART | : | CIVIL ACTION |
| | : | |
| | : | NO. 06-CV-01860 |
| vs. | : | |
| | : | |
| | : | |
| JO ANNE BARNHART | : | |
| Commissioner of Social Security | : | |

O R D E R

AND NOW, this 29th day of May, 2007, upon consideration of the parties' cross-motions for summary judgment, and after careful review of the Report and Recommendations of the United States Magistrate Judge and plaintiff's objections thereto, it is hereby ORDERED that:

1. Plaintiff's objections are SUSTAINED in part and OVERRULED in part;

2. Plaintiff's motion for summary judgment (Document # 14) is DENIED;

3. Defendant's motion for summary judgment (Document # 16) is DENIED; and

4. Judgment is entered vacating the decision of the Commissioner and the matter is REMANDED to the Commissioner for further proceedings consistent with this Opinion and Order.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.